**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**HAROLD HOBBS
ADC #77219**                                                                                                   **PLAINTIFF**

**V.**                              **CASE NO: 5:09CV00368 BSM HDY**

**BRENDA FULCO** *et al.*                                                                              **DEFENDANTS**

## ORDER

The court has reviewed the partial recommended disposition submitted by Magistrate Judge H. David Young and the plaintiff's objections. After carefully reviewing the partial recommended disposition, objections, and reviewing the record *de novo*, it is concluded that the plaintiff should be allowed additional time to supplement his responses to defendant Kelly's motion for summary judgment. Plaintiff's supplemented responses are due on or before May 12, 2010.

Accordingly, the partial recommended disposition is DENIED, and plaintiff's supplemented responses to defendant Kelly's motion for summary judgment (Doc. No. 9) are due on or before May 12, 2010. This matter is referred to Magistrate Judge H. David Young.

IT IS SO ORDERED this 28th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE