**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**HAROLD HOBBS**                                                                                   **PLAINTIFF**
**ADC #77219**

**V.**                  **NO: 5:09CV00368 BSM HDY**

**BRENDA FULCO** *et al.*                                                        **DEFENDANTS**

## **ORDER**

The partial recommended disposition submitted by Magistrate Judge H. David Young, and plaintiff's objections have been received. After carefully reviewing the partial recommended disposition, objections, and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, defendant Wendy Kelly's motion for summary judgment (Doc. No. 9) is GRANTED, plaintiff's claims against Kelly are DISMISSED WITH PREJUDICE, and Kelly's name is removed as a party defendant.

IT IS SO ORDERED THIS 30th day of July, 2010.

                                                              UNITED STATES DISTRICT JUDGE