**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**HAROLD HOBBS**                                                                                       **PLAINTIFF**
**ADC #77219**

v.                      **NO: 5:09-cv-00368 BSM/HDY**

**BRENDA FULCO** *et al.*                                                   **DEFENDANTS**

## ORDER

On September 9, 2010, United States Magistrate Judge H. David Young entered an order [Doc. No. 92] denying plaintiff's motion for an examination by an outside dentist, and denying his motion for production of documents as more appropriate for a discovery request. Plaintiff appeals [Doc No. 94] that order. Pursuant to 28 U.S.C. § 636(b)(1)(A), the magistrate's order will only be reconsidered if it is clearly erroneous or contrary to law. *See also* Local Rule 72.1.VII.B. Nothing in Judge Young's order is clearly erroneous or contrary to law and plaintiff's request for reconsideration of Judge Young's order in his DENIED.

IT IS SO ORDERED this 19th day of November, 2010.

                                                                           *[signature: Brian S. Miller]*
                                                         UNITED STATES DISTRICT JUDGE