# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**HAROLD HOBBS**
**ADC #77219**                                                                                          **PLAINTIFF**

v.                          **CASE NO. 5:09cv00368 BSM/HDY**

**BRENDA FULCO, et al**                                                                  **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition [Doc. No. 103] submitted by United States Magistrate Judge H. David Young have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      The motion for summary judgment [Doc. No. 95] filed by defendants Brenda Fulco, Alva Green, Charlotte Green, and Lamont Parsons is granted. Plaintiff's claims against them are DISMISSED WITH PREJUDICE.

2.      Plaintiff's motion to voluntarily dismiss his claims against Defendant Alva Green [Doc. No. 99] is denied as moot.

Dated this 3rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE