# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**HAROLD HOBBS**
**ADC #77219**                                                                                           **PLAINTIFF**

v.                               CASE NO. 5:09-cv-00368 BSM/HDY

**BRENDA FULCO, et al**                                                                   **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition [Doc. No. 110] submitted by United States Magistrate Judge H. David Young have been received. Plaintiff objects. [Doc. No. 112]. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to introduce sufficient evidence to create a fact issue to be submitted to a jury.

IT IS SO ORDERED this 11th day of May, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE