# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**HAROLD HOBBS**                                          **PLAINTIFF**
**ADC #77219**

**V.**             **CASE NO.  5:09-CV-00368 BSM**

**BRENDA FULCO** *et al.*                            **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 11th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE